# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**IVY TESTING SERVICE, INC.**  **PLAINTIFF**

**v.**  **CIVIL ACTION NO. 1:23-CV-00168-HSO-BWR**

**S & S COMMERCIAL, INC.**  **DEFENDANT**

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW, Plaintiff, Ivy Testing Service, Inc. ("Ivy Testing"), and files this Motion to Enforce Settlement Agreement, as follows:

1. On May 13, 2024, the parties appeared at a Settlement Conference conducted by Judge Bradley W. Rath at the U.S. District Courthouse in Gulfport, Mississippi.

2. At the Settlement Conference, the parties reached a settlement agreement which was read into the record and agreed to by both parties whereby Defendant, S & S Commercial, Inc., would make two separate settlement payments to Ivy Testing, the first of which was due within sixty (60) days of May 13, 2024.

3. S & S Commercial did not make the first settlement payment as required, therefore, Ivy Testing moves for an Order enforcing the settlement agreement as more fully stated in Ivy Testing's Memorandum which is being filed contemporaneously herewith.

THIS, the 22nd day of July, 2024.

        Respectfully submitted,

        IVY TESTING SERVICE, INC.

        By its attorneys,

        MOCKBEE ELLIS, P.A.

        By: */s/ David B. Ellis*
            DAVID B. ELLIS, MSB #102926

## **CERTIFICATE OF SERVICE**

I, David B. Ellis, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent electronic notification of such filing to all counsel of record.

THIS the 22nd day of July, 2024.

                                             */s/ David B. Ellis*
                                             DAVID B. ELLIS

MOCKBEE ELLIS, P.A.
Capital Towers, Suite 1820
125 S. Congress Street
Jackson, MS 39201
Telephone: (601) 353-0035
Facsimile: (601) 353-0045
Email: dellis@mhdlaw.com