IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**IVY TESTING SERVICE, INC.**                                                               **PLAINTIFF**

**v.**                                               **Civil No. 1:23-cv-168-HSO-BWR**

**S&S COMMERCIAL, INC.**                                                **DEFENDANT**

## AMENDED FINAL JUDGMENT

For reasons more fully explained in the Court's order entered this date, Plaintiff Ivy Testing Service, Inc. is awarded judgment in the amount of $102,362.50, plus post-judgment interest.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Ivy Testing Service, Inc. is awarded a judgment against Defendant S&S Commercial, Inc. in the amount of $100,000.00 in contractual damages and $2,362.50 in attorneys' fees and costs, for a total judgment of $102,362.50, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961.

**SO ORDERED AND ADJUDGED**, this the 31st day of October, 2024.

                                                      *s/ Halil Suleyman Ozerden*
                                                      HALIL SULEYMAN OZERDEN
                                                      UNITED STATES DISTRICT JUDGE